**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1852

CALVIN EARL BROWN,

              Plaintiff - Appellant,

      v.

SEARS   HOLDING   MANAGEMENT   CORPORATION,   d/b/a   Kmart
Corporation #7080; THOMAS M. COLCLOUGH, Director US EEOC,
Raleigh  Area  Office;  STEVE  DOOLEY;  RAJENONAKYMAR  PATEL;
JAYESH PATEL,

              Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Greenville.   James  C.  Dever,  III,
Chief District Judge.  (4:14-cv-00033-D)

Submitted:  December 18, 2014       Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Calvin Earl Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Earl Brown appeals the district court's order denying his motions for leave to proceed in forma pauperis and for appointment of counsel and order denying his motion for reconsideration. The denial of in forma pauperis status is immediately appealable. Roberts v. U.S. Dist. Ct., 339 U.S. 844, 845 (1950) (per curiam). We have reviewed the record and conclude the appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss the district court's orders for the reasons stated by the district court. Brown v. Sears Holding Mgmt. Corp., No. 4:14-cv-00033-D (E.D.N.C. July 21 & Aug. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED